293 F.3d 1111
 Pearlie RUCKER; Herman Walker; Willie Lee; Barbara Hill, Plaintiffs-Appellees,
v.
Harold DAVIS; Oakland Housing Authority, Defendants, and
United States Department of Housing and Urban Development, Defendant-Appellant.
Pearlie Rucker; Herman Walker; Willie Lee; Barbara Hill, Plaintiffs-Appellees,
v.
Harold Davis; Oakland Housing Authority, Defendants-Appellants, and
United States Department of Housing and Urban Development, Defendant.
 No. 98-16322.
 No. 98-16542.
 United States Court of Appeals, Ninth Circuit.
 Filed June 17, 2002.
 
 On Remand from the United States Supreme Court. D.C. No. CV-98-00781-CRB.
 Before: SCHROEDER, Chief Judge, and SNEED, PREGERSON, REINHARDT, FERNANDEZ, T.G. NELSON, HAWKINS, SILVERMAN, McKEOWN, GOULD, and PAEZ, Circuit Judges.
 
 ORDER
 
 1
 The Supreme Court having reversed the en banc court, we remand to the district court to vacate the injunction and enter judgment for Defendants-Appellants.
 
 
 2
 SO ORDERED.